# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0563.  CIARA JOHNSON v. CHARLES WALDEN LANE.**

This case began in superior court as a petition for custody and legitimation.  It was transferred to juvenile court because there was a related case pending there, and the juvenile court apparently entered a final judgment in May 2016.  Defendant Ciara Johnson subsequently filed a motion to set aside, contending that she had not received notice of the final judgment and asking the superior court to re-enter the judgment pursuant to OCGA § 9-11-60 (g).  The superior court denied the motion on the ground that it was the juvenile court – not the superior court – that issued the order in question.  Johnson then filed this appeal.  The superior court's order, however, is not directly appealable.

The denial of a motion for re-entry under OCGA § 9-11-60 (g) is generally subject to direct appeal. See *Crawford v. Kroger Co.*, 183 Ga. App. 836 (1) (360 SE2d 274) (1987).  A legitimation action is a domestic relations case, however, and an appeal in a domestic relations case must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (2), (b); *Cloud v. Norwood*, 321 Ga. App. 218, 218 (739 SE2d 93) (2013); *Brown v. Williams*, 174 Ga. App. 604, 604 (332 SE2d 48) (1985). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Johnson's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Cloud*, 321 Ga. App. at 218; *Floyd*, 199 Ga. App. at 332 (1).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   12/06/2018*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*